# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| BARBARA A. DITTMAN, GARY R. DOUGLAS, ALICE PASTIRIK, JOANN DECOLATI, TINA SORRENTINO, KRISTEN CUSHMAN AND SHANNON MOLYNEAUX, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | : : : : : : : : : | No. 149 WAL 2017<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioners | : : : | |
| v. | : : : : | |
| UPMC D/B/A THE UNIVERSITY OF PITTSBURGH MEDICAL CENTER, AND UPMC MCKEESPORT, | : : : : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioners are:

a. Does an employer have a legal duty to use reasonable care to safeguard sensitive personal information of its employees when the employer chooses to store such information on an internet accessible computer system?

b. Does the economic loss doctrine permit recovery for purely pecuniary damages which result from the breach of an independent legal duty arising under common law, as opposed to the breach of a contractual duty?